**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NANCY ORTIZ,

                              Plaintiff,                    **25 Civ. No. 08416 (JAV) (GS)**

              -against-                                     **ORDER**

COMMISSIONER OF SOCIAL
SECURITY*,*

                              Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

    This Court previously ordered Plaintiff Ortiz to file a brief by February 23, 2026,

explaining what circumstances exist, if any, that warrant allowing her to represent Jasmine

Brown *pro se* in this action.  (Dkt. No. 10).  The Court has received no response to this order.

Accordingly, it is hereby ORDERED that Ortiz shall submit a brief explaining what

circumstances exist, if any, that warrant allowing her to represent Brown *pro se* in this action by

no later than Friday, March 20, 2026, including why Brown is unable to represent herself *pro se*,

whether Ortiz has been appointed a guardian ad litem or otherwise has legal custody of or

responsibility for Brown, and what assurances the Court and the Social Security Administration

would have that any award of SSI benefits would be distributed to Brown.  The Commissioner

shall have until April 3, 2026 to submit any opposition or response.  All interim deadlines,

including Plaintiff's motion for judgment on the pleadings, remain stayed pending resolution of

this inquiry.  However, the Court warns Plaintiff that it will not extend this deadline again absent

a timely request explaining why there is good cause for an extension.  Further, a failure to timely

submit any brief in connection with this order may result in the recommendation of dismissal of Plaintiff's claims.

In addition, Plaintiff is reminded that there are legal services available to *pro se* plaintiffs which may be of use to her in this action. Attached to this order are information sheets regarding pro se assistance in social security appeals through the New York County Lawyers Association and general pro se resources offered by the City Bar Justice Center. Plaintiff also is encouraged to utilize the resources of the Southern District's Pro Se Intake Unit, which may be contacted at (212)805-0175 or in person at 500 Pearl Street, Room 250, during normal business hours (8:30 am 5:00 pm), Monday - Friday.

      **SO ORDERED.**

DATED:      New York, New York
               March 2, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

2