UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                               :

NANCY ORTIZ, Mother, in care of JASMINE BROWN,  :

                                             :

                     Plaintiff,      :         25-CV-08416 (JAV) (GS)

                                             :

      -v-                         :        <u>ORDER OF DISMISSAL</u>

                                           :

1699 NEW YORK AVENUE PARKING LLC,      :

                                           :

                   Defendant.     :

                                           :
------------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

On October 10, 2025, Plaintiff Nancy Ortiz ("Plaintiff") commenced this action *pro se* on behalf of her adult daughter, Jasmine Brown ("Brown"), challenging the final decision of the Commissioner of Social Security.  ECF No. 1.  On January 20, 2026, the Court referred the action to Magistrate Judge Gary Stein to review Plaintiff's challenge.  ECF No. 7.  In the Report and Recommendation filed on April 14, 2026, Magistrate Judge Stein recommended that the action be dismissed due to Plaintiff's failure to respond to Magistrate Judge Stein's order requiring her to explain why she should be permitted to represent the interests of her adult daughter *pro se*.  ECF No. 12 ("R&R") at 1-2.

Plaintiff did not object to the R&R, and so the Court ordered that, by **June 19, 2026**, Plaintiff must either (1) show cause in writing why she may bring this action *pro se* on behalf of her adult child, or (2) retain counsel to represent her in this action.  ECF No. 13.  The Court warned that if Plaintiff failed to show cause in writing or new counsel fails to appear by that date, or an extension of time is not granted, this action will be dismissed without prejudice.  *Id.*

To date, the Court has received no response to that Order.  Nor has counsel appeared on behalf of Plaintiff.  Accordingly, it is hereby ORDERED that the case is dismissed.  The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 2, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2